IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION, AKRON

| | | |
|---|---|---|
| In re: | ) | **CASE NO. 19-51169** |
| | ) | |
| **SHANNON JEAN PARHAM** | ) | **CHAPTER 7** |
| | ) | |
| | ) | **BANKRUPTCY JUDGE:** |
| Debtor | ) | **ALAN M. KOSCHIK** |

## TRUSTEE'S DECLINATION OF APPOINTMENT

Now comes, KATHRYN A. BELFANCE, duly appointed Trustee in the above-captioned matter, and does hereby give notice that her appointment as Trustee in the above-captioned matter creates a conflict of interest and therefore is recused from the above-captioned proceeding.

Respectfully submitted,


/s/ KATHRYN A. BELFANCE
**KATHRYN A. BELFANCE**
*Chapter 7 Trustee*
Registration No. 0018035
50 S. Main Street, 10th Floor
Akron, Ohio 44308
(330) 434-3000, telephone
(330) 434-9220, fax
kb@rlbllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of June, 2019, a true and correct copy of the foregoing Declination of Appointment was served as follows:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Office of the U.S. Trustee
Richard Kalal, at rkalal@kalallaw.com
Kathryn A. Belfance, Chapter 7 Trustee, at kb@rlbllp.com

And by regular U.S. mail, postage prepaid, on:

Shannon Jean Parham, Debtor, 1419 Leonora Avenue, Akron, OH 44305

/s/ KATHRYN A. BELFANCE
KATHRYN A. BELFANCE