| | |
|---|---|
| In re: | Case No. 19-51169-amk |
| Shannon Jean Parham | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0647-5      User: spete      Page 1 of 1      Date Rcvd: Jun 26, 2019
                          Form ID: 211     Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2019.
```
db             +Shannon Jean Parham,    1419 Leonora Avenue,    Akron, OH 44305-1801
tr             +Harold A. Corzin,    304 N Cleveland-Massillon Road,    Commonwealth Square,
                 Akron, OH 44333-9302
26048475       +Akron Children's Hospital,    1 Perkins Sq.,    Akron, OH 44308-1062
26048476      ++CBSC,    1225 N MAIN ST,    CANTON OH 44720-1959
               (address filed with court:   CENTRALIZED BUSINESS SOLUTIONS COMPANY,    1225 N. Main St.,
                 North Canton, OH 44720)
26048477      ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
               (address filed with court:   Credit Acceptance Corporation,    25505 W 12 MILE,
                 Southfield, MI 48034)
26048479       +Emergency Associates Summa,    525 E Market St,,    Akron 44304-1619
26048480       +First Federal Credit Control Inc.,    24700 Chagrin Blvd #205,    Beachwood, OH 44122-5662
26048481        General Emergency Medical Spec,    400 Wabash Ave,,    Akron, OH 44307
26048482        Globe Auto,    3001 OH-59,    Ravenna, OH 44266
26048484      ++TEAM RECOVERY INC,    PO BOX 1643,    STOW OH 44224-0643
               (address filed with court:   Team Recovery Inc.,    3914 Clock Point Trrail,    Stow, OH 44224)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: rkalal@kalallaw.com Jun 26 2019 23:03:10      Richard Kalal,    Kalal Law, LLC.,
                 PO Box 13020,    Fairlawn, OH  44334
26048476        E-mail/Text: cturner@cbscinc.com Jun 26 2019 23:03:23
                 CENTRALIZED BUSINESS SOLUTIONS COMPANY,    1225 N. Main St.,    North Canton, OH 44720
26048478       +E-mail/Text: bankruptcynotices@dcicollect.com Jun 26 2019 23:06:16
                 DIVERSIFIED CONSULTANTS INC DBA DCI,    10550 DEERWOOD PK BLVD STE708,
                 Jacksonville, FL 32256-2810
26048483        E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Jun 26 2019 23:09:34      TMOBILE,
                 PO Box 53410,    Bellevue, WA 98015-3410
                                                                                              TOTAL: 4
```

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2019                                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2019 at the address(es) listed below:
```
              Harold A. Corzin    hcorzin@csu-law.com, ccorzin@aol.com;oh32@ecfcbis.com
              Kathryn A. Belfance    on behalf of Trustee Kathryn A. Belfance Trustee kb@rlbllp.com,
               oh01@ecfcbis.com
              Kathryn A. Belfance Trustee    kb@rlbllp.com, oh01@ecfcbis.com
              Richard Kalal    on behalf of Debtor Shannon Jean Parham rkalal@kalallaw.com
                                                                                             TOTAL: 4
```

Northern District Of Ohio
455 John F. Seiberling Federal Building
US Courthouse
2 South Main Street
Akron, OH 44308

**Case No. 19−51169−amk**

**In re:**
   Shannon Jean Parham
   1419 Leonora Avenue
   Akron, OH 44305

**Social Security No.:**
   xxx−xx−5565

**NOTICE OF RESCHEDULED SECTION 341 HEARING
AND APPOINTMENT OF NEW INTERIM TRUSTEE**

**To the Creditors and Parties in Interest:**

Notice is hereby given that the First Meeting of Creditors in the above referenced case has been rescheduled to:

**Date/Time/Location of Hearing**
August 19, 2019 **at** 11:30 AM
John F. Seiberling U.S. Courthouse, Suite B3−61, 2 South Main Street, Akron, OH 44308

The newly appointed interim trustee is:

Harold A. Corzin
304 N Cleveland−Massillon Road
Commonwealth Square
Akron, OH 44333

**Dated:** June 26, 2019                                                                                           For the Court
Form ohnb211                                                                                         Josiah C. Sell (Acting), Clerk