UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 19-51169 |
| PARHAM, SHANNON JEAN | ) | BANKRUPTCY JUDGE: ALAN M. KOSCHIK |
| Debtor(s) | ) | |
| | ) | CHAPTER 7 |
| | ) | |

**REQUEST FOR NOTICE TO CREDITORS**

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

It appears to the Trustee that there will be assets for distribution in the above-captioned matter.

Please issue notice to creditors to file claims.

/s/ Harold A. Corzin
HAROLD A. CORZIN, TRUSTEE
304 N. Cleveland-Massillon Road
Akron, Ohio 44333
(330) 670-0770