# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 19-51169 AMK  
**Case Name:** PARHAM, SHANNON JEAN  

**Period Ending:** 10/15/19

**Trustee:** (550340) HAROLD A. CORZIN  
**Filed (f) or Converted (c):** 05/17/19 (f)  
**§341(a) Meeting Date:** 08/19/19  
**Claims Bar Date:** 01/17/20

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2013 FORD FUSION, 123742.2 MILES | 9,749.00 | 0.00 | | 0.00 | FA |
| 2 | HOUSEHOLD GOODS AND FURNISHINGS | 1,500.00 | 0.00 | | 0.00 | FA |
| 3 | VARIOUS ELECTRONICS | 500.00 | 0.00 | | 0.00 | FA |
| 4 | CLOTHING | 500.00 | 0.00 | | 0.00 | FA |
| 5 | CASH | 19.00 | 0.00 | | 0.00 | FA |
| 6 | JP MORGAN CHASE CHECKING ACCOUNT *Account statement not yet provided; value to estate currently unknown. | 0.08 | 1.00 | | 0.00 | 1.00 |
| 7 | PREFERENTAIL TRANSFERS IN FORM OF WAGE GARNISHMENTS | 1,459.38 | 1.00 | | 0.00 | 1.00 |
| 8 | PRORATED PORTION OF 2019 FEDERAL AND STATE (u) TAX REFUNDS IF ANY | Unknown | 1.00 | | 0.00 | 1.00 |
| 8 | **Assets Totals** (Excluding unknown values) | **$13,727.46** | **$3.00** | | **$0.00** | **$3.00** |

**Major Activities Affecting Case Closing:**

Trustee will administer unexempt liquid assets if any; Trustee will attempt to avoid wage garnishments which constitute preferential transfers.

Printed: 10/15/2019 10:28 AM   V.14.60

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 19-51169 AMK  **Trustee:** (550340) HAROLD A. CORZIN
**Case Name:** PARHAM, SHANNON JEAN  **Filed (f) or Converted (c):** 05/17/19 (f)
  **§341(a) Meeting Date:** 08/19/19
**Period Ending:** 10/15/19  **Claims Bar Date:** 01/17/20

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** March 31, 2021    **Current Projected Date Of Final Report (TFR):** March 31, 2021